UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

In re: Hubert Moore Lumber Company Inc. § Case No. 13-71347-JTL
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joy R. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,192,282.08                 Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distributions to Claimants: $586,965.91   Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $447,953.03

3) Total gross receipts of $1,034,918.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,034,918.94 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|                                                                 | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $586,000.00 | $475,141.22 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $448,091.53 | $447,953.03 | $447,953.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $121,836.91 | $121,836.91 | $121,836.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $11,469,550.21 | $3,444,054.15 | $3,443,209.07 | $465,129.00 |
| **TOTAL DISBURSEMENTS** | $12,055,550.21 | $4,489,123.81 | $4,012,999.01 | $1,034,918.94 |

4) This case was originally filed under chapter 7 on 10/11/2013. The case was pending for 84 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2020

By: /s/ Joy R. Webster
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| St. Marys Railway West, LLC | 1221-000 | $500.00 |
| Fraudulent Conveyance | 1241-000 | $550,000.00 |
| Life Insurance Policy | 1229-000 | $460,000.00 |
| 2006 Chevrolet Silverado K150 Truck | 1229-000 | $12,650.00 |
| Pref. & Fraud. Transfer - 2006 Chev. Silverado | 1241-000 | $6,500.00 |
| Attorney Fees against Dantzler, Inc. | 1129-000 | $2,000.00 |
| Cash | 1129-000 | $3,206.69 |
| Bank of Alapaha Checking Account | 1129-000 | $62.25 |
| **TOTAL GROSS RECEIPTS** | | **$1,034,918.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Wilcox County State Bank | 4110-000 | $586,000.00 | $266,594.72 | $0.00 | $0.00 |
| 13 | Wilcox County State Bank | 4110-000 | NA | $208,546.50 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$586,000.00** | **$475,141.22** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Joy R. Webster | 2100-000 | NA | $54,263.07 | $54,263.07 | $54,263.07 |
| Trustee, Expenses - Joy R. Webster | 2200-000 | NA | $15,043.46 | $15,043.46 | $15,043.46 |
| Attorney for Trustee Fees - Akin, Webster & Matson, P.C. | 3110-000 | NA | $56,469.00 | $56,469.00 | $56,469.00 |
| Auctioneer Fees - T. Lynn Davis Realty & Auction Co., Inc. | 3610-000 | NA | $1,150.00 | $1,150.00 | $1,150.00 |
| Auctioneer Expenses - T. Lynn Davis Realty & Auction Co., Inc. | 3620-000 | NA | $284.76 | $284.76 | $284.76 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $936.00 | $936.00 | $936.00 |
| Bond Payments - Akin, Webster & Matson, P.C. | 2300-000 | NA | $1,166.75 | $1,028.25 | $1,028.25 |
| Costs re Sale of Property - Melville Capital, LLC | 2500-000 | NA | $82,800.00 | $82,800.00 | $82,800.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $27,787.57 | $27,787.57 | $27,787.57 |
| Special Counsel for Trustee Fees - Akin, Webster & Matson, P.C. | 3210-600 | NA | $183,333.33 | $183,333.33 | $183,333.33 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics LLC | 3410-000 | NA | $24,633.00 | $24,633.00 | $24,633.00 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics LLC | 3420-000 | NA | $224.59 | $224.59 | $224.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$448,091.53** | **$447,953.03** | **$447,953.03** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | NA | $121,836.91 | $121,836.91 | $121,836.91 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$121,836.91** | **$121,836.91** | **$121,836.91** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pope Trucking, Inc. | 7100-000 | $3,750.00 | $3,750.00 | $3,750.00 | $506.57 |
| 2 | Meeks CPA, LLP | 7100-000 | $68,719.00 | $68,718.32 | $68,718.32 | $9,282.88 |
| 3 | Ava Ramsey, Successor in Interest to Ramsey Lumber Company, Inc. | 7100-000 | $1,575,000.00 | $1,405,000.00 | $1,405,000.00 | $189,795.69 |
| 4 | Sam Ramsey | 7100-000 | $277,268.00 | $108,894.36 | $108,894.36 | $14,710.09 |
| 5 | United States Bankruptcy Court - Baker Distributing Company LLC c/o National Recovery Service, Inc. | 7100-001 | $5,528.00 | $6,343.81 | $6,343.81 | $856.96 |
| 7 | Teddie Pierce | 7100-000 | $10,999.00 | $845.08 | $0.00 | $0.00 |
| 8 | American InfoSource LP as agent for Verizon | 7100-000 | $2,415.00 | $2,369.07 | $2,369.07 | $320.03 |
| 9 | Bobbie G. Swain | 7100-000 | $20,000.00 | $20,000.00 | $20,000.00 | $2,701.72 |
| 10 | Georgia Power Company | 7100-000 | $10,808.00 | $8,692.27 | $8,692.27 | $1,174.20 |
| 11 | Dantzler, Inc. | 7100-000 | $1.00 | $472,168.79 | $472,168.79 | $63,783.35 |
| 14 | Argo Partners | 7100-000 | NA | $42,651.48 | $42,651.48 | $5,761.61 |
| 15 | Ameris Bank | 7100-000 | $1,266,950.00 | $1,304,620.97 | $1,304,620.97 | $176,235.90 |
| 16 | Komatsu Financial, L.P. c/o Anna M. Humnicky, Esq. Small Herrin, LP | 7100-000 | $38,314.91 | $0.00 | $0.00 | $0.00 |
| N/F | Airgas USA, LLC | 7100-000 | $1,345.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Alan G. Paulk Registered Agent for | 7100-000 | NA | NA | NA | NA |
| N/F | Bank of Alapaha | 7100-000 | $517,000.00 | NA | NA | NA |
| N/F | Barbara A. Lee | 7100-000 | $18,985.00 | NA | NA | NA |
| N/F | CT Corporation System Registered Agent for Komatsu | 7100-000 | NA | NA | NA | NA |
| N/F | CT Corporation System Registered Agent for Verizon Wireless | 7100-000 | NA | NA | NA | NA |
| N/F | Carlton Fields Corporate Center Three at Int'l Plaza | 7100-000 | NA | NA | NA | NA |
| N/F | Carlton Fields Miami Tower | 7100-000 | $280,000.00 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $13,796.00 | NA | NA | NA |
| N/F | Cindi Lewis Registered Agent Ameris Bank | 7100-000 | NA | NA | NA | NA |
| N/F | Clifford Pope Registered Agent for Pope Trucking, | 7100-000 | NA | NA | NA | NA |
| N/F | Corporation Process Company Registered Agent for | 7100-000 | NA | NA | NA | NA |
| N/F | Corporation Service Company Registered Agent for | 7100-000 | NA | NA | NA | NA |
| N/F | Corporation Service Company Registered Agent for Airgas USA, | 7100-000 | NA | NA | NA | NA |
| N/F | Fiber Mills Enterprises, Inc., | 7100-000 | $3,797,500.00 | NA | NA | NA |
| N/F | Georgia Lumber Marketers, LLC | 7100-000 | $713,000.00 | NA | NA | NA |
| N/F | Gregg A. Ray Registered Agent for Ray and Son | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Hugh Roberts CPA | 7100-000 | $11,475.00 | NA | NA | NA |
| N/F | James Johnson Registered Agent for | 7100-000 | NA | NA | NA | NA |
| N/F | Jerry Holland | 7100-000 | $49,999.00 | NA | NA | NA |
| N/F | Jimmy Gaskins | 7100-000 | $489,007.00 | NA | NA | NA |
| N/F | Joan Drawdy | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | John B. Jackson Greer Jackson, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Johnson Oil Company | 7100-000 | $35,334.00 | NA | NA | NA |
| N/F | Kenneth Hughes Registered Agent for Bank of Alapaha | 7100-000 | NA | NA | NA | NA |
| N/F | Komatsu Forklift USA, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Michael A. Durden Registered Agent for Wilcox County | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nancy E. Flanders | 7100-000 | $5,400.00 | NA | NA | NA |
| N/F | Nancy Kumar Registered Agent for | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Norma Gaskins | 7100-000 | $152,000.00 | NA | NA | NA |
| N/F | PlantersFirst | 7100-000 | $120,000.00 | NA | NA | NA |
| N/F | R. Lee Brown, Jr. Moore, Clarke, DuVall & Rodgers, P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Ray & Son Heating and Air Cond., Inc. | 7100-000 | $5,358.00 | NA | NA | NA |
| N/F | Receivables Perfomance Management | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sam Ramsey Registered Agent for | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Shanda Henerson, Coffee County Tax Commissioner | 7100-000 | $646.30 | NA | NA | NA |
| N/F | Vaughn L Potter Registered Agent for Dantzler, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Wayne Wetherington Registered Agent for PlantersFirst | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wilbur Stanley Moore and Sue Moore | 7100-000 | $1,878,952.00 | NA | NA | NA |
| N/F | William A. Turner, Jr. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$11,469,550.21** | **$3,444,054.15** | **$3,443,209.07** | **$465,129.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 13-71347-JTL
**Case Name:** Hubert Moore Lumber Company Inc.
**For Period Ending:** 08/31/2020

**Trustee Name:** (300010) Joy R. Webster
**Date Filed (f) or Converted (c):** 10/11/2013 (f)
**§ 341(a) Meeting Date:** 12/23/2013
**Claims Bar Date:** 04/21/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | .72 acres in Coffee County, Georgia, listed for<br>(Lien of $700,000.00) | 29,000.00 | 29,000.00 | OA | 0.00 | FA |
| 2 | Void<br>Asset incorrectly imported from Patricia Sierocki case. When original case filed, the debtor's atty office attached the petition of Patricia Sierocki as an attachment to docket no. 1. This applies to Assets No. 2, 3, 5, 9, 10, 11, 12, 15 & 18. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 3,206.69 | 3,206.69 | | 3,206.69 | FA |
| 5 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | BB&T Checking Account | 362.49 | 362.49 | | 0.00 | FA |
| 7 | Bank of Alapaha Checking Account | 62.25 | 62.25 | | 62.25 | FA |
| 8 | Wilcox County State Bank Checking Account | 11.74 | 11.74 | | 0.00 | FA |
| 9 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Hubert Moore Lumber Co. Inc. Profit Sharing Plan (u) | 162,907.85 | 162,907.85 | | 0.00 | FA |
| 14 | St. Marys Railway West, LLC (u) | 2,665.81 | 2,665.81 | | 500.00 | FA |
| 15 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Counterclaims against Dantzler, Inc.<br>These are unliquidated claims in excess of $1 million. The value of $1 million listed is the minimum claim amount but Debtor contends the value is much higher. | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 17 | Attorney Fees against Dantzler, Inc.<br>Debtor has filed a motion in Miami Dade for attorney fees against Dantzer, Inc. The marker value is an estimated amount. | 200,000.00 | 200,000.00 | | 2,000.00 | FA |
| 18 | Void<br>See Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

| Case No.: | 13-71347-JTL | Trustee Name: | (300010) Joy R. Webster |
| Case Name: | Hubert Moore Lumber Company Inc. | Date Filed (f) or Converted (c): | 10/11/2013 (f) |
| | | § 341(a) Meeting Date: | 12/23/2013 |
| For Period Ending: | 08/31/2020 | Claims Bar Date: | 04/21/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Pref. & Fraud. Transfer - 2006 Chev. Silverado (u) | 0.00 | 0.00 | | 6,500.00 | FA |
| 20 | Life Insurance Policy (u)<br>Protective Life Insurance Company | 0.00 | 0.00 | | 460,000.00 | FA |
| 21 | 2006 Chevrolet Silverado K150 Truck (u) | 0.00 | 0.00 | | 12,650.00 | FA |
| 22 | Fraudulent Conveyance (u)<br>Against Dupont Pines pending in District Court | 0.00 | 1,500,000.00 | | 550,000.00 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$1,398,216.83** | **$2,898,216.83** | | **$1,034,918.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

We have collected and liquidated all liquid assets. Still investigating possible turnover actions. One fraudulent conveyance action pending. Discovery will start soon. Litigate pending Adversary Proceeding in District Court for Fraudulent Conveyance. The stay has been lifted and the District Court case is proceeding though discovery and settlement negotiations. We hope to resolve soon.

07/30/2018 - Hearing scheduled for August 6, 2018 on Response to Motion to Compromise on DuPont Pines litigation. If Motion granted, we sill be able to close out by end of the year.

08/07/2018 - Response to Motion to Compromise withdrawn. Order entered on 8/7/2018, Objections to claims will be filed and the case closed out upon receipt of settlement funds.

07/30/2019 - I have verified that all pension funds have been distributed and filed the estate tax returns. I received notice of tax due and have issued a check for payment. I will prepare and submit the Request to Close once the check has cleared and there are no other tax issues.

**Initial Projected Date Of Final Report (TFR):** 12/30/2015     **Current Projected Date Of Final Report (TFR):** 09/17/2019 (Actual)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 13-71347-JTL | Trustee Name: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Hubert Moore Lumber Company Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4605 | Account #: | ******6866 Checking Account |
| For Period Ending: | 08/31/2020 | Blanket Bond (per case limit): | $4,350,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/14 | {4} | David E. Mullis, Attorney at Law | Funds on hand at time of filing. | 1129-000 | 3,206.69 | | 3,206.69 |
| 01/08/14 | {14} | St. Marys Railway West LLC | Payment on Account Receivable. | 1221-000 | 500.00 | | 3,706.69 |
| 01/10/14 | 101 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2014 FOR CASE #13-71347, Reimbursement of Bond Payment - Check No. 3137, Bond No. 016027943 | 2300-000 | | 15.96 | 3,690.73 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,680.73 |
| 02/27/14 | {7} | Bank of Alapaha | Proceeds from Bank Account No.101790601. | 1129-000 | 62.25 | | 3,742.98 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,732.98 |
| 03/25/14 | {19} | James R. Gaskins | Settlement funds to resolve Adversary No. 14-7010. | 1241-000 | 6,500.00 | | 10,232.98 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,222.98 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.68 | 10,207.30 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.67 | 10,192.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 10,178.47 |
| 07/10/14 | | Magna Life Settlements, Inc. | Incoming Wire for Life Insurance Policy - Protective Life Insurance Co. - Per Order on Motion to Sell dated 6/24/14 | | 377,200.00 | | 387,378.47 |
| | {20} | Magna Life Settlements, Inc. | Gross Proceeds of Sale $460,000.00 | 1229-000 | | | |
| | | Melville Capital, LLC | Broker Commission -$82,800.00 | 2500-000 | | | |
| 07/14/14 | | T. Lynn Davis Auction Company | Proceeds from Auction of 2006 Chevrolet Silverado VIN No. 2GCEK19B16111194 per order of the Court dated 06/25/2014. | | 12,650.00 | | 400,028.47 |
| | {21} | | Gross Proceeds $11,500.00 | 1229-000 | | | |
| | {21} | | Auctioneer Commission $1,150.00 | 1229-002 | | | |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 405.59 | 399,622.88 |
| 08/12/14 | {17} | Dantzler, Inc. | Incoming Wire Transfer of Proceeds on Sale of Atty Fee Claim - Per Order dated 8/12/14 | 1129-000 | 2,000.00 | | 401,622.88 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 557.26 | 401,065.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 615.33 | 400,450.29 |
| 10/01/14 | 102 | T. Lynn Davis Realty & Auction Co., Inc. | Final Disbursement - Per Order dated 9/22/14 | | | 1,434.76 | 399,015.53 |
| | | T. Lynn Davis Realty & Auction Co., Inc. | Auctioneer Commission $1,150.00 | 3610-000 | | | |

**Page Subtotals:** $402,118.94    $3,103.41

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-71347-JTL | Trustee Name: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Hubert Moore Lumber Company Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4605 | Account #: | ******6866 Checking Account |
| For Period Ending: | 08/31/2020 | Blanket Bond (per case limit): | $4,350,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | T. Lynn Davis Realty & Auction Co., Inc. | Auctioneer Expenses $284.76 | 3620-000 |  |  |  |
| 10/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 594.01 | 398,421.52 |
| 11/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 515.76 | 397,905.76 |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 648.66 | 397,257.10 |
| 01/12/15 | 103 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/12/2015 FOR CASE #13-71347, Reimbursement of Bond Payment - Check No. 3570, Bond No. 016027943 | 2300-000 |  | 344.73 | 396,912.37 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 571.16 | 396,341.21 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 532.07 | 395,809.14 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 607.26 | 395,201.88 |
| 04/08/15 |  | Akin, Webster & Matson, P.C. | Refund of Bond Premium overcharge January 2015 - International Sureties | 2300-000 |  | -138.50 | 395,340.38 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 568.57 | 394,771.81 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 548.89 | 394,222.92 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 604.83 | 393,618.09 |
| 07/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 585.03 | 393,033.06 |
| 08/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 546.47 | 392,486.59 |
| 09/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 602.22 | 391,884.37 |
| 10/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 563.66 | 391,320.71 |
| 11/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 544.09 | 390,776.62 |
| 12/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 618.33 | 390,158.29 |
| 01/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 541.04 | 389,617.25 |
| 03/01/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 540.24 | 389,077.01 |
| 03/22/16 | 104 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2016 FOR CASE #13-71347, Reimbursement of Bond Payment - Check No. 3999 - Bond No. 016027943 | 2300-000 |  | 253.36 | 388,823.65 |
| 03/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 613.98 | 388,209.67 |
| 04/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 538.30 | 387,671.37 |

Page Subtotals: $0.00 $11,344.16

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 13-71347-JTL | Trustee Name: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Hubert Moore Lumber Company Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4605 | Account #: | ******6866 Checking Account |
| For Period Ending: | 08/31/2020 | Blanket Bond (per case limit): | $4,350,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 537.54 | 387,133.83 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 610.92 | 386,522.91 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 535.95 | 385,986.96 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 609.03 | 385,377.93 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 552.79 | 384,825.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 533.60 | 384,291.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 588.03 | 383,703.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 550.39 | 383,153.12 |
| 01/03/17 | 105 | Akin, Webster & Matson, P.C. | Disbursement - Interim Compensation - Per Order dated 12/21/16 | 3110-000 | | 54,969.00 | 328,184.12 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 519.22 | 327,664.90 |
| 02/13/17 | 106 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/30/2017 FOR CASE #13-71347, Reimbursement of Bond Payment - Check No. 4327 - Bond No. 016027943 | 2300-000 | | 108.26 | 327,556.64 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 439.81 | 327,116.83 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 486.19 | 326,630.64 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.48 | 326,192.16 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 516.09 | 325,676.07 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 468.43 | 325,207.64 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 452.17 | 324,755.47 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 513.86 | 324,241.61 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.82 | 323,790.79 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 496.77 | 323,294.02 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 465.00 | 322,829.02 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.86 | 322,380.16 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 510.06 | 321,870.10 |
| 02/22/18 | 107 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #13-71347, Reimbursement of Bond Payment - Check No. 4683 - Bond No. 016027943 | 2300-000 | | 140.46 | 321,729.64 |
| | | | **Page Subtotals:** | | **$0.00** | **$65,941.73** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 4

| **Case No.:** | 13-71347-JTL | **Trustee Name:** | Joy R. Webster (300010) |
|---|---|---|---|
| **Case Name:** | Hubert Moore Lumber Company Inc. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***4605 | **Account #:** | ******6866 Checking Account |
| **For Period Ending:** | 08/31/2020 | **Blanket Bond (per case limit):** | $4,350,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.08 | 321,297.56 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 462.13 | 320,835.43 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 446.09 | 320,389.34 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 506.95 | 319,882.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 444.76 | 319,437.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 490.09 | 318,947.54 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 474.05 | 318,473.49 |
| 09/12/18 | {22} | | LANGDALE VALLOTTON 20180912QMGFT01300 0258 | 1241-000 | 550,000.00 | | 868,473.49 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 485.40 | 867,988.09 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 784.75 | 867,203.34 |
| 02/11/19 | 108 | Akin, Webster & Matson, P.C. | Reimbursement of Bond Payment - Check No. 4974, Bond No. 016027943 | 2300-000 | | 303.98 | 866,899.36 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1161 | Transition Debit to Metropolitan Commercial Bank acct 3910031161 | 9999-000 | | 866,899.36 | 0.00 |
| | | **COLUMN TOTALS** | | | 952,118.94 | 952,118.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 866,899.36 | |
| | | **Subtotal** | | | 952,118.94 | 85,219.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$952,118.94** | **$85,219.58** | |

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 13-71347-JTL | Trustee Name: | Joy R. Webster (300010) |
|---|---|---|---|
| Case Name: | Hubert Moore Lumber Company Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4605 | Account #: | ******1161 Checking Account |
| For Period Ending: | 08/31/2020 | Blanket Bond (per case limit): | $4,350,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******6866 | Transition Credit from Rabobank, N.A. acct 5007666866 | 9999-000 | 866,899.36 | | 866,899.36 |
| 11/15/19 | 1000 | Joy R. Webster | Final Disbursement - Per Order dated 11/13/19 | 2100-000 | | 54,263.07 | 812,636.29 |
| 11/15/19 | 1001 | Joy R. Webster | Final Disbursement - Per Order dated 11/13/19 | 2200-000 | | 15,043.46 | 797,592.83 |
| 11/15/19 | 1002 | Akin, Webster & Matson, P.C. | Final Disbursement - Per Order dated 11/13/19 - Atty Fee: $1,500; Spec Counsel Fee: $183,333.33 | | | 184,833.33 | 612,759.50 |
| | | Akin, Webster & Matson, P.C. | Claims Distribution - Fri, 11-15-2019 $1,500.00 | 3110-000 | | | |
| | | Akin, Webster & Matson, P.C. | Claims Distribution - Fri, 11-15-2019 $183,333.33 | 3210-600 | | | |
| 11/15/19 | 1003 | Stonebridge Accounting & Forensics LLC | Final Disbursement - Per Order dated 11/13/19 - Fees: $24,633.00; Exps: $224.59 | | | 24,857.59 | 587,901.91 |
| | | Stonebridge Accounting & Forensics LLC | Claims Distribution - Fri, 11-15-2019 $24,633.00 | 3410-000 | | | |
| | | Stonebridge Accounting & Forensics LLC | Claims Distribution - Fri, 11-15-2019 $224.59 | 3420-000 | | | |
| 11/15/19 | 1004 | United States Bankruptcy Court | Final Disbursement - Filing Fees - Adv. Nos. 14-7010, 14-7011, 14-7047 | 2700-000 | | 936.00 | 586,965.91 |
| 11/15/19 | 1005 | Internal Revenue Service | Final Disbursement - Dividend paid at 100% of $121,836.91; Claim No. 6 - Tax ID No. ending 4605 | 5800-000 | | 121,836.91 | 465,129.00 |
| 11/15/19 | 1006 | Pope Trucking, Inc. | Final Disbursement - Dividend paid at 13.51% of $3,750.00; Claim No. 1 | 7100-000 | | 506.57 | 464,622.43 |
| 11/15/19 | 1007 | Meeks CPA, LLP | Final Disbursement - Dividend paid at 13.51% of $68,718.32; Claim No. 2 - Acct no. ending 0084 | 7100-000 | | 9,282.88 | 455,339.55 |
| 11/15/19 | 1008 | Ramsey Lumber Company, Inc. | Final Disbursement - Dividend paid at 13.51% of $1,405,000.00; Claim No. 3 Voided on 12/19/2019 | 7100-004 | | 189,795.69 | 265,543.86 |
| 11/15/19 | 1009 | Sam Ramsey | Final Disbursement - Dividend paid at 13.51% of $108,894.36; Claim No. 4 | 7100-000 | | 14,710.09 | 250,833.77 |
| 11/15/19 | 1010 | Baker Distributing Company LLC c/o National Recovery Service, Inc. | Final Disbursement - Dividend paid at 13.51% of $6,343.81; Claim No. 5 - Acct No. ending 0799 Stopped on 06/18/2020 | 7100-005 | | 856.96 | 249,976.81 |
| 11/15/19 | 1011 | American InfoSource LP as agent for Verizon | Final Disbursement - Dividend paid at 13.51% of $2,369.07; Claim No. 8; Acct no. ending 0001 | 7100-000 | | 320.03 | 249,656.78 |
| 11/15/19 | 1012 | Bobbie G. Swain | Final Disbursement - Dividend paid at 13.51% of $20,000.00; Claim No. 9 | 7100-000 | | 2,701.72 | 246,955.06 |
| 11/15/19 | 1013 | Georgia Power Company | Final Disbursement - Dividend paid at 13.51% of $8,692.27; Claim No. 10; Acct no. ending 54103 | 7100-000 | | 1,174.20 | 245,780.86 |

**Page Subtotals:** $866,899.36   $621,118.50

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-71347-JTL | **Trustee Name:** | Joy R. Webster (300010) |
| **Case Name:** | Hubert Moore Lumber Company Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4605 | **Account #:** | ******1161 Checking Account |
| **For Period Ending:** | 08/31/2020 | **Blanket Bond (per case limit):** | $4,350,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/19 | 1014 | Dantzler, Inc. | Final Disbursement - Dividend paid at 13.51% of $472,168.79; Claim No. 11 | 7100-000 | | 63,783.35 | 181,997.51 |
| 11/15/19 | 1015 | Argo Partners | Final Disbursement - Dividend paid at 13.51% of $42,651.48; Claim No. 14 | 7100-000 | | 5,761.61 | 176,235.90 |
| 11/15/19 | 1016 | Ameris Bank | Final Disbursement - Dividend paid at 13.51% of $1,304,620.97; Claim No.15 | 7100-000 | | 176,235.90 | 0.00 |
| 12/19/19 | 1008 | Ramsey Lumber Company, Inc. | Final Disbursement - Dividend paid at 13.51% of $1,405,000.00; Claim No. 3 Voided: check issued on 11/15/2019 | 7100-004 | | -189,795.69 | 189,795.69 |
| 01/14/20 | 1017 | Ava Ramsey, Successor in Interest to Ramsey Lumber Company, Inc. | Final Disbursement - Dividend paid at 13.51% of $1,405,000.00; Claim No. 3 | 7100-000 | | 189,795.69 | 0.00 |
| 06/18/20 | 1010 | Baker Distributing Company LLC c/o National Recovery Service, Inc. | Final Disbursement - Dividend paid at 13.51% of $6,343.81; Claim No. 5 - Acct No. ending 0799 Stopped: check issued on 11/15/2019 | 7100-005 | | -856.96 | 856.96 |
| 06/18/20 | 1018 | United States Bankruptcy Court | Final Disbursement - Unclaimed Funds - Claim No. 5 - Baker Distributing Co. LLC c/o National Recovery Service Inc | 7100-001 | | 856.96 | 0.00 |
| | | **COLUMN TOTALS** | | | 866,899.36 | 866,899.36 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 866,899.36 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 866,899.36 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$866,899.36** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | | | |
|---|---|---|---|
| **Case No.:** | 13-71347-JTL | **Trustee Name:** | Joy R. Webster (300010) |
| **Case Name:** | Hubert Moore Lumber Company Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4605 | **Account #:** | ******1161 Checking Account |
| **For Period Ending:** | 08/31/2020 | **Blanket Bond (per case limit):** | $4,350,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $952,118.94 |
| Plus Gross Adjustments: | $82,800.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,150.00 |
| Net Estate: | $1,033,768.94 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6866 Checking Account | $952,118.94 | $85,219.58 | $0.00 |
| ******1161 Checking Account | $0.00 | $866,899.36 | $0.00 |
| | **$952,118.94** | **$952,118.94** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)